Cite as 2025 Ark. 7

# SUPREME COURT OF ARKANSAS

*Opinion Delivered:* February 6, 2025

IN MEMORY OF
HONORABLE JERRY E. MAZZANTI

*PER CURIAM*

On January 18, 2025, the Honorable Jerry E. Mazzanti, retired circuit judge for the Tenth Judicial Circuit, died at the age of 84. Judge Mazzanti, an acclaimed football player who set records with the Arkansas Razorbacks having played in three major bowl games, began his NFL career in 1963, served overseas in the U.S. Army, returned to the NFL in 1966. He attended law school during the off-seasons and graduated from the University of Arkansas Law School in 1970. He started practicing law as an Assistant Prosecutor with Pulaski County and in 1974 he returned to practice law in his hometown, Lake Village. Other career distinctions include playing football for the Fort Bragg Army team, coaching one of the four Army teams in Korea for a year, and being inducted into the University of Arkansas Hall of Honor in 2003.

In 1985 Governor Bill Clinton appointed Judge Mazzanti as a circuit judge for the Tenth Judicial Circuit. He was then elected to the position of chancery judge and assumed that office in January 1987. In 1992 and 1998 he was reelected and continued to serve the Tenth Judicial District, during which time Amendment 80 took effect, and Chancellor Mazzanti became once again a circuit judge where he served in that position for 19 ½ years until his retirement in 2004.

February 6, 2025

He served the citizens of the Tenth Judicial Circuit with distinction, where he also garnered the respect and admiration of his fellow judges. He advocated the cause of alternative dispute resolution throughout his career and was an expert in domestic relations.

On the sad occasion of his passing, the Arkansas Supreme Court wishes to acknowledge his life of service to his country and the Arkansas legal system and to express our sympathy to his wife, Sharon, and his family.

Chief Justice Karen R. Baker

Justice Courtney Rae Hudson

Justice Rhonda K. Wood

Justice Shawn A. Womack

Justice Barbara W. Webb

Justice Cody Hiland

Justice Nicholas J. Bronni

February 6, 2025